# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSAY R. COOPER, *et al.*,<br><br>  Plaintiffs,<br><br>vs.<br><br>TOKYO ELECTRIC POWER COMPANY, INC., and Does 1–200,<br><br>  Defendant. | CASE NO. 12-CV-3032 JLS (WMc)<br><br>**ORDER GRANTING JOINT MOTION FOR ORDER SETTING SPECIAL BRIEFING SCHEDULE AND PAGE LIMITS FOR MOTIONS TO DISMISS SECOND AMENDED COMPLAINT**<br><br>(ECF No. 53) |

Having reviewed the parties' Joint Motion for Order Setting Special Briefing Schedule and Page Limits for TEPCO's Motions to Dismiss Second Amended Complaint, (ECF No. 53), it is **HEREBY ORDERED** that:

(1) TEPCO shall file its motions to dismiss on or before March 27, 2014, and the motions shall be supported by a single consolidated omnibus memorandum of points and authorities covering all of the motions in a single document that shall not exceed 60 pages in length.

(2) Plaintiffs shall file their consolidated oppositions on or before May 6, 2014, in the form of a consolidated omnibus memorandum covering all of the oppositions in a single document that shall not exceed 60 pages in length.

(3) TEPCO's replies shall be filed on or before June 5, 2014, in the form of a consolidated omnibus memoranda covering all of the replies in a single document that

1 | shall not exceed 24 pages in length.
2 |     (4) The hearing on TEPCO's motions shall be on July 8, 2014, at 10:00 AM.
3 | **IT IS SO ORDERED.**
4 |
5 | DATED:  March 4, 2014
6 |                                 Honorable Janis L. Sammartino
7 |                                 United States District Judge