# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSAY R. COOPER; *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>TOKYO ELECTRIC POWER COMPANY, INC.; *et al.*,<br><br>Defendants. | CASE NO. 12-cv-3032 JLS (JLB)<br><br>**ORDER RE: TEPCO'S STATUS REPORT** |

On June 11, 2015, the Court issued an Amended Order After Reconsideration, granting Defendant Tokyo Electric Power Company, Inc.'s ("TEPCO") Motion for Certification of Interlocutory Appeal. (Order, ECF No. 107.) The Court held that each of 28 U.S.C. § 1292(b)'s criteria were satisfied, however, the Court expressed concerns as to how TEPCO formulated the controlling questions of law. (*Id.*)

In light of the June 22, 2015 deadline for TEPCO to file its petition for permission to appeal, the Court reviews TEPCO's proposed reformulation of the controlling questions of law even though Plaintiffs have "not endorsed TEPCO's proposed wording." (ECF No. 109 at 4–5.) The Court finds TEPCO's "controlling questions of law" acceptable for the purpose of appellate review:

1. Whether, in adjudicating claims that a defendant's conduct allegedly created hazardous conditions that tortiously injured U.S. servicemembers who were sent into the area of the hazard during an overseas humanitarian operation, the Court would be required to evaluate the discretionary decisions of military commanders in a manner that raises a political question and thereby deprives the Court of subject matter jurisdiction.

2. Whether the common-law "firefighter's rule" applies to military servicemembers providing humanitarian aid to a foreign country after a natural disaster, and if so, whether that rule bars recovery for injuries to servicemembers from hazardous conditions that were allegedly created by the combined effects of the natural disaster and a defendant's alleged tortious conduct or whether the rule is instead limited to risks inherent in the servicemembers' mission.

In addition, the Court hereby **STAYS** the case pending resolution of the interlocutory appeal.

**IT IS SO ORDERED.**

DATED: June 19, 2015

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge