

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lindsay R. Cooper; (see attachment)<br><br>**Plaintiff,**<br><br>V.<br><br>Tokyo Electric Power Company, Inc., aka TEPCO; and Does 1-200, inclusive<br><br>**Defendant.** | Civil Action No.  12CV3032-JLS(WMC)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

IT IS HEREBY ORDERED AND ADJUDGED:

Tokyo Electric Power Company, Inc's motion to dismiss is granted. General Electric Inc's motion to dismiss is granted.

Date:        3/7/19

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ J. Petersen

J. Petersen, Deputy

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

Civil Action No. 12CV3032-JLS(MSB)

LINDSEY R. COOPER, JASMINE ALLEN, NELLIE ALLEN-LOGAN, RHONDA ANBERT, ADAM ARMENTA , SUSAN ASH, JINKY M. A., Individually And As The Administrator Of The Estate Of CHARLIEMAGNE T. A., J. A. a Minor By His Mother As Guardian Ad Litem JINKY M. A., .J.C.A. a Minor By His Mother As Guardian Ad Litem JINKY M. A., DANA AUSTIN, RENAR AWA, JOSH BANE, ARAMIS BARRIOS, TREVOR BECK, MARKUS BEGAY, JORDAN BENOIT, JAMI BESCHORNER, JORDAN BETTENCOURT, BRETT, A. BINGHAM, CHRIS BITTNER, GUNNAR BORTHICK, KENNETH CLEO BOSWELL, JAMES P. BOWEN, MATTHEW BRADLEY, NICOLAS BREWTON, NICOLAUS BROOKS, RYAN S. BROWN, CASEY BRUCKLACHER, GERARDO BRUING, REBECCA BRUNET, ROBIN CALCATERRA, NATHAN CANCHE, ROBBY CANLAS, ANTHONY CARLISI, COURTNEY CARMICHAEL, MATTHEW CARTWRIGHT, WAYNE CASSAR, FABIAN CERVANTES, MELVIN A. CHAMBERLAIN, TERANCE CHAPMAN, WILLIAM CHAPMAN JR., ANNMARIE CHESSARI, DAVID CHITWOOD, GEORGE COBB, LORI LYNN CODY , KEONDICE W COOK, ANGELA. CRABTREE, NATHAN CRISWELL, CHAD CROFT, BRIAN CROSS, NICOLAS CROUCH, THOMAS CULBERSON, VICENT CURCI, HONDA DAGAN, JAMES DARNELL, JANELLE DARNELL, JASON DASILVA, JOHN DAVIS, MARK DECASA, NICHOLE M. DECATUR, MARTIN DELGARDILLO, TINA DIBERNARDO, BRANDON DOCKERY, J. D., A MINOR BY HIS FATHER AS GUARDIAN AD LITEM JEREMY D., JEREMY D., CHRISTIAN DOERR, IAN W. DOVE, JESSE DUNN, CHRISTINA DUVALL, CHRISTIAN JOY NAGUI EBUENG, PAUL ENCINIAS, MAURICE ENIS, ANGEL ESCRIBANO, SETH ESLIN, NICHOLAS J. FELLER, KYLE E. FELT, TERI FORZA, JASON TROY FRIEL, JOEL FUDGE, PAUL GABBY, SHANE GALLAGHER, ANTHONY GARCIA, ZACH GARNER, JENNIFER GUANA, A. G., AN INFANT BY HER MOTHER AS GUARDIAN AD LITEM, KIM G., KIM G., OSCAR GONZALEZ, JOHN OLIVER GOOCH IV, JUDY GOODWIN, KATE GRACE, DAVID HAHN, DANIEL E. HAIR, ANDREW HAJNY, ROBERT HAREWOOD, DANIEL PATRICK HARREN, JOSHUA HARRIGAN , CHAD HARRIS, ROBERT C. HARTAGE, TIFFANY HARTMAN, NICHOLAS HELMSTADT, ASHTON HEMPHILL, JASON DAVID HENRY , ERIN HERRING, CORA E. HILL, M. H. a Minor By Allison D. Eyring Her Mother As Guardian Ad Litem, THE ESTATE OF THEODORE H., By Manuel Leslie, As The Administrator Of The Estate Of Theodore H., CHAD HOLT, NEIL HOPKINS, DYLAN IMGRAM, NICK INCA, JEDIDIAH IRONS, GERARDO IRVING, BLAKE ISAACS, DARIUS JACKSON, JAMES JACKSON, JESSICA JACKSON, CHRISTIAN A. JESSUP, JARRET BRADY JOHNSTON, WILLIAM JONES, WINSTON JONES, LEON JULIAN, CHARLES D. KAISER, TOOMER KANISHA, DANIEL KREGSTEIN, ADAM WERNER KRUTZLER, ZACKARY KUBE, SHANE M. JONATHAN MEDINA (FORMERLY INCLUDED AS JOSEPH MEDINA), ERIK MEMBRILA , RYAN MENENDEZ, MICHAEL MESIGH, JENNIFER MICKE, ROBERT M. MILLER, ADAM WERNER MINTZ, SAMY MOHANIE, JOEL MONSALUD, LETICIA MORALES, KEVIN MORRIS, COLIN MORRISON,MALLORY K. MORROW, TIMOTHYMUIS, WILLIAM NETHERTON, JON NEUMANN, MARK NEWMAN, MARK NEWMAN, MICHELLE ODEN, DANIEL OLSEN, MIKE TISOY ORMAN, CHRISTOPHER PETERSON, MATTHEW PETERSON, ALYSSA PETTERWAY, NATHAN, PIEKUTOSKI, JAIME LEIGH PLYM, KEITH POTTRATZ, DANIEL PRETTO,

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 12CV3032-JLS(MSB)

DONALD RAIRIGH, ASHLEY RAMIREZ, TYLER RAY RANDRUP, CHRISTOPHER RICKARD, ANDREW RIVERA, SUSAN RODRIQUEZ, BRANDEN RUCKER, W. RUSHBY, ERICA RYAN, DAVID SANCHEZ, DANE SANTO, DAISY M. SARSLOW, K. S., AN INFANT BY HIS FATHER AS GUARDIAN AD LITEM, MICHAEL L. S., MICHAEL L. S., JOHN SEELBACH, ROBERT SEELIGMAN, BENITO G SERENTAS JR, KELLI SERIO, CHRISTOPHER SHAMRELL, MICHAEL B. SHANNON, STEVEN RAY SIMMONS, RYAN SIVELS, JOSHUA C. SMILEY, AKEEM SMITH, BRANDON SMITH, JUSTIN SPENCER, ALAN SPURLING, FRANCES FISTER STOGA, JAMES SUTTON, BYRON SY, KELLY TANNEHILL, NIGEL THOMPSON, CHAD THORTON, MICHAEL TIMKO, ANGEL TORRES, PATRICIA TOTEMEIER, JAMES TRICE, DARREL USRY, MARK VALDEZ, OSVALDO VERA, KAILEE VICTRUM, LOUIE VIERNES, ANDREW VODOPIJA, ANDREW VROOMAN, SKYLER STEVEN WARNOCK, TAWNY WATSON, TIMOTHY J. WENDAL, IAN LEE WHEATON, EDWARD JOSEPH WICKLE, CAROLYN WHITE, TIM WHITE, ELOI WHITEMAN, PATRICK WIGHT, KRISTIAN WILLIAM, TIM WOELKY, JUSTIN WOMMACK, RONALD WRIGHT, KIOCHI YAMAZAKI, CHAD YARBROUGH, CHARLES YARRIS, ANTHONY J. YOVANOVIC, JONATHAN ZAVITZ, WILLIAM J. ZELLER, MICHAEL ZITELLA, On Behalf Of Themselves And Others Similarly Situated